```
UNITED STATES DISTRICT COURT              USDC SDNY
SOUTHERN DISTRICT OF NEW YORK             DOCUMENT
-----------------------------------------X ELECTRONICALLY FILED
                                          DOC #: _____
Yechiel Rosenberg, individually and on behalf   DATE FILED: 6/7/2021
of all others similarly situated,
```

                Plaintiff,          **ORDER**

     - against -            21 Civ. 3691 (NSR)

Simm Associates, Inc.; & John Does 1-25,

                Defendants.

-----------------------------------------X

Román, D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is

       ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

       As Defendants have not made an appearance in this matter, Plaintiff's counsel is directed to serve this Order upon Defendants' counsel and show proof of service on the docket.

SO ORDERED.

Dated:    June 7, 2021
           White Plains, New York



                                                                 Nelson S. Román, U.S.D.J.